**DISMISS; and Opinion Filed January 19, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00851-CV

**FRANK A. RICHARDS, Appellant**
**V.**
**TOM'S AUTO TRANSPORT, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06468**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Lang-Miers

This is an appeal from the trial court's June 20, 2017 final judgment. The reporter's record in this appeal was due on August 19, 2017. On August 22, 2017, after the court reporter informed us appellant had not requested the reporter's record, we directed appellant to provide, within ten days, written verification he had requested the reporter's record and either paid the reporter's fee or was entitled to proceed without payment of costs. Appellant did not comply.

On October 24, 2017, we ordered the appeal submitted without the reporter's record and ordered appellant to file his brief no later than November 22, 2017. *See* TEX. R. APP. P. 38.8(a)(1). The brief was not filed, and appellant was directed to file the brief by December 8, 2017 or risk dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Despite being cautioned the appeal could

be dismissed, appellant has yet to file his brief. Accordingly, we dismiss the appeal. *See id.*, 42.3(b),(c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

170851F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRANK A. RICHARDS, Appellant

No. 05-17-00851-CV     V.

TOM'S AUTO TRANSPORT, INC.,
Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-06468.
Opinion delivered by Justice Lang-Miers.
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee Tom's Auto Transport, Inc. recover its costs of this appeal from appellant Frank A. Richards.

Judgment entered this 19th day of January, 2018.